UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEAN,

        Plaintiff,

   v.

SPRINGLEAF FINANCIAL SERVICES, INC.,

        Defendant.
_____/

NO. CIV. S-11-1758 JAM/KJN PS

O R D E R

    Plaintiff has filed, pro se, a handwritten Complaint, and a district court TRO Checklist. The Complaint attaches a "Notice To Quit" addressed to plaintiff from defendant. Plaintiff seems to allege that while he "was in protection of bankruptcy Ch. 13 Case-11-21458-B-13J," a certain real estate property was sold "without notification."

    The Court interprets these documents as a motion for a Temporary Restraining Order restoring property to plaintiff. However, the complaint does not state any basis for the relief

1

sought, other than the allegation that the property was sold on June 3, 2011, while the bankruptcy was on-going.  However, the records of the bankruptcy court establish that the referred-to bankruptcy case was dismissed in its entirety on April 14, 2011 (Bankr. Dkt. No. 45), and that plaintiff's motions for reconsideration were denied, most recently on June 10, 2011 (Bankr. Dkt. No. 77).

Accordingly, plaintiff appears to have no likelihood of success on the merits of his complaint. <u>See</u> Fed. R. Civ. P. 65.

There being no apparent basis to grant a TRO, the plaintiff's motion is DENIED.[1]

IT IS SO ORDERED.

DATED: July 1, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] This case has been assigned to Judge Mendez, who was not available to handle this motion.

2